UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,

                  Plaintiffs,

v.

LONG ISLAND PLASTIC SURGICAL GROUP, P.C.,

                  Defendant.

------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Docket No. 22 Civ. 4989

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, that this action is dismissed in its entirety with prejudice and without costs to any party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii); and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

Dated: __April 21__, 2023

STEIN SAKS, PLLC
*Attorneys for Plaintiff*

By: __*s/Mark Rozenberg*__
    Mark Rozenberg, Esq.
One University Plaza, Suite 620
Hackensack, New Jersey 07601
(201) 282-6500

**SO ORDERED:**

s/ LDH          5/1/2023
**Honorable LaShann DeArcy Hall, U.S.D.J.**

Dated: __April 21__, 2023

GARFUNKEL WILD, P.C.
*Attorneys for Defendant*

By: _____
    Andrew L. Zwerling, Esq.
    Marc A. Sittenreich, Esq.
    Drew M. Fryhoff, Esq.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

8

6782934v.5